UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
**CERTIFICATE OF CONFIDENTIALITY, LOCAL RULE 25(c)**

No. ____14-4616____    Caption: United States v. David Gariano

Counsel for Appellant David Gariano
(appellant, appellee, petitioner, respondent, other)

certifies the following information regarding sealing of the document(s) described below:

1. Identify document(s) filed (e.g., sealed appendix volume, sealed version of brief):

    Sealed Appendix Volume

2. Is sealing of document(s) necessary?

    ☐ No
    ☑ Yes, to protect material sealed under the Privacy Policy for Electronic Case Files, or
       by statute, rule, regulation, or order

3. Date(s) of order(s) sealing the material or, if there is no order, the authority relied upon to treat
the material as sealed:

 Presentence Investigation Report dated April 7, 2014, and revised May 1, 2014, the reproduction and
 disclosure of which is permitted only with consent of the court.

4. Terms of order sealing the material, including who is permitted access to sealed material (if
filed ex parte, document must be marked SEALED and EX PARTE):

Disclosure is permitted to counsel for the Government and Appellant and, under certain conditions, to
the Bureau of Prisons.

5. (For SEALED APPENDIX)  Sealed record material has been separated from any unsealed
record material and placed in a separate, sealed volume of the appendix.

    ☑ Yes

6. (For SEALED BRIEFS, SEALED DOCUMENTS)  Two versions of document are filed:
Sealed version with sealed material highlighted and public version with sealed material redacted.

    ☐ Yes

____11/05/14____                                          /s/ Phillip C. Zane
    (date)                                                      (signature)

02/05/2014  SCC